1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

JOSEPH E. SINGLETON,

8

                    Plaintiff,

9

        v.

10

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
MEDICAL DEPARTMENT,

11

12

                    Defendant.

13

Case No.  C06-5572 FDB/KLS

ORDER TO PROVIDE SERVICE
COPIES

14

        This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom

15

pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   Plaintiff has been granted leave to proceed

16

*in forma pauperis* and has filed an acceptable Complaint.  Plaintiff has not provided service copies of his

17

Complaint.

18

        Plaintiff will provide one copy of the Complaint for each named Defendant he wishes the United

19

States Marshals Service to attempt to serve.  The service copies must be returned to the Court on or

20

before **November 30, 2006** or the Court will recommend dismissal of this case for failure to prosecute.

21

        The Clerk is directed to send a copy of this Order to Plaintiff and note this matter for **November**

22

**30, 2006.**

23

24

        DATED this   17th   day of October, 2006.

25

26

27

Karen L. Strombom
United States Magistrate Judge

28

ORDER
Page - 1