UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH R. SINGLETON,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,

    Defendant.

Case No. C06-5572 FDB/KLS

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for appointment of counsel (Dkt. # 9). Having reviewed the motion, the Court finds, for the reasons stated below, that it should be denied.

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

ORDER - 1

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se* and has not demonstrated that the issues involved in this case are complex or that he has had any difficulties in expressing them.  Plaintiff has brought forth his claims in a clear and organized manner.  While Plaintiff may not have vast resources or legal training, he meets the threshold for a pro se litigant and the Court finds that counsel is unnecessary in this case.  In addition, Plaintiff has not demonstrated a likelihood of success on the merits of his claims.

Accordingly, Plaintiff's motion to appoint counsel (Dkt. # 9) is **DENIED**.

The Clerk is directed to send copies of this Order to Plaintiff.

DATED this  7th  day of December, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2