UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH E. SINGLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON MEDICAL DEPARTMENT, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5572 FDB/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES |

　　This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently before the Court is Defendant's motion to extend the Court's pre-trial deadlines. (Dkt. # 28). Defendants request a 90-day extension of all pre-trial deadlines set forth in the Court's Pretrial Scheduling Order. (Dkt. # 20). Defendants' motion is based on the unavailability of Plaintiff, who is currently incarcerated in the Spokane County Jail pending sentencing on another matter and was not expected to be remanded to DOC custody until the end of July. (Dkt. # 28, Exh. 1).

　　Also pending, but not addressed by Defendants in their motion, is Defendants' deadline to respond to Plaintiff's summary judgment motion. An extension of that deadline was granted to allow Defendants additional time to obtain discovery, including the deposition of Plaintiff. (Dkt. #

ORDER - 1

27).  Therefore, the Court finds that an additional extension of time to respond to Plaintiff's motion for summary judgment until completion of discovery is warranted.

Accordingly, Defendants' motion (Dkt. # 28) shall be **GRANTED**.  An amended pretrial scheduling order shall issue separately.  Additionally, the Clerk of the Court shall **re-note** Plaintiff's motion for summary judgment (Dkt. # 21) for **December 7, 2007**.  Defendants' response shall be due no later than **November 31, 2007**.  Plaintiff's may file a reply no later than **December 7, 2007**.  The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  30th  day of August, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2