UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH E. SINGLETON,

    Plaintiff,

    v.

STATE OF WASHINGTON MEDICAL DEPARTMENT, *et al.*,

    Defendants.

Case No. C06-5572 FDB/KLS

ORDER STAYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    Presently before the Court is Defendant's response to Plaintiff's motion for summary judgment, requesting that Plaintiff's motion be denied for lack of supporting evidence or in the alternative, that Defendants be granted an extension of time to respond to Plaintiff's motion. (Dkt. # 29). Defendants previously requested a 90-day extension of all pre-trial deadlines. (Dkt. # 28, Exh. 1). The Court granted an extension of the pre-trial deadlines and, although it was not addressed in Defendants' initial motion, also granted an extension of Defendants' deadline to respond to Plaintiff's motion for summary judgment. (Dkt. # 30).

    Upon further review of Plaintiff's motion for summary judgment (Dkt. # 21) and Defendants' response (Dkt. # 29), the Court deems it appropriate to issue a stay of Plaintiff's motion for summary judgment pending completion of discovery and submission by Plaintiff of affidavits or

ORDER - 1

evidence in support of his motion for summary judgment on his claim that Defendants violated his Eighth Amendment rights.

Accordingly, it is **ORDERED**:

Plaintiff's motion for summary judgment (Dkt. # 21) is **STAYED until further order of this Court**. The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  17th  day of September, 2007.


                                        *s/ Karen L. Strombom*
                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 2