The Honorable KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSEPH E. SINGLETON,<br><br>           Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,<br><br>           Defendant. | NO. C06-5572FDB/KLS<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME |

THIS MATTER having come regularly before the Court on Defendant's Second Motion for Extension of Time, the Court having reviewed the memoranda, declarations and other evidence submitted by the parties and being otherwise fully advised makes the following

ORDER:

1. Defendant's Second Motion for Extension of Time is GRANTED;

2. The discovery cutoff is re-set to February 26, 2008.

3. The stay of Plaintiff's motion for summary judgment is lifted and re-noted to April 25, 2008.

4. The dispositive motion deadline is reset to March 28, 2008.

5. The joint status report is reset to July 28, 2008.

6. The Clerk of the Court is directed to send copies of this order to all parties.

1   DATED this 18th day of December, 2007.

2

3                                              _____
                                               Karen L. Strombom
4                                              United States Magistrate Judge

5   Presented by:

6   ROBERT M. MCKENNA
    Attorney General
7

8

9   /s/ Peter Berney
    PETER W. BERNEY, WSBA #15719
10  Assistant Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26