UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH R. SINGLETON,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,

    Defendant.

Case No. C06-5572 FDB/KLS

ORDER DENYING FOURTH MOTION FOR COUNSEL AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

Before the Court is Plaintiff's fourth motion for the appointment of counsel. (Dkt. # 39). In this latest motion, Plaintiff requests that the Court appoint or send a lawyer from this Court to Clallam Bay Corrections Center to instruct the Plaintiff in answering questions presented during his oral examination by the Defendant in this case. *Id*.

By Order dated April 12, 2007, the Court denied Plaintiff's third motion for the appointment of counsel(Dkt. # 26), and warned Plaintiff that it would entertain no further motions on the issue of counsel without a proper showing. *Id*. This Court has already found that Plaintiff has demonstrated an adequate ability to articulate his claims *pro se* and has not demonstrated that the issues involved in this case are complex or that he has had any difficulties in expressing them. Plaintiff has brought forth his claims in a clear and organized manner. While Plaintiff might not have vast resources or legal training, he meets the threshold for a pro se litigant. The Court has already found that counsel is unnecessary in this case and that Plaintiff has not demonstrated a likelihood of success on the merits of his claims. (*See* Dkt. # 10, 15,

ORDER
Page - 1

26).

ACCORDINGLY, it is **ORDERED that** unless the Plaintiff can show good cause for his failure to comply with this Court's previous orders, the Court shall dismiss this action without prejudice. Plaintiff is ordered to show cause on or before **April 25, 2008** why this action should not be dismissed or other sanctions imposed.

It is further **ORDERED** that Plaintiff's fourth motion for counsel (Dkt. # 39) is **DENIED**.

DATED this  12th  day of March, 2008..

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge