UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH R. SINGLETON,<br><br>              Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,<br><br>              Defendant. | Case No.  C06-5572 FDB/KLS<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

On March 17, 2007, the Court ordered Plaintiff to show cause why this action should not be dismissed or other sanctions imposed. (Dkt. # 40).  Before the Court is Plaintiff's response. (Dkt. # 41). Having reviewed Plaintiff's response and the balance of the record, the Court is satisfied that Plaintiff has not acted in bad faith.

Accordingly, this action shall proceed and no sanctions shall be imposed.

DATED this  22nd   day of April, 2008.

                                             Karen L. Strombom
                                             United States Magistrate Judge