1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH R. SINGLETON,

        Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF
CORRECTIONS MEDICAL DEPARTMENT,

        Defendant.

Case No. C06-5572 FDB/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The motion for injunctive relief (Dkt. # 45) is **DENIED**;

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
           and to the Hon. Karen L. Strombom.

DATED this 3rd day of June 2008.

                              _____
                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE

ORDER - 1