UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH E. SINGLETON,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,

    Defendant.

Case No. C06-5572FDB

ORDER OF DISMISSAL

The Order adopting the Report and Recommendation denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment also granted Plaintiff leave to amend his complaint within 20 days of the date of the Order. Plaintiff's amended complaint was due July 11, 2008, or this cause of action would be dismissed. Plaintiff has not filed an amended complaint.

ACCORDINGLY, IT IS ORDERED: For failure to timely file an amended complaint in accordance with the Court's Order [Dkt. # 51] this cause of action is DISMISSED.

DATED this 24th day of July, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1