# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH E SINGLETON            JUDGMENT IN A CIVIL CASE

      v.

STATE OF WASHINGTON DEPARTMENT            CASE NUMBER: C06-5572FDB/KLS
OF CORRECTIONS MEDICAL DEPARTMENT

\_\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. For failure to timely file an amended complaint in accordance with the Court's Order [Dkt. #51] this cause of action is **DISMISSED**.


July 24, 2008                               BRUCE RIFKIN
                                                                                                Clerk

                                                                                         s/ D. Forbes
                                                                                      By, Deputy Clerk